# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH ROMAN HENDERSON, | ) | Case No. CV 14-4302 PSG (JCG) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 1, 2014

PHILIP S. GUTIERREZ
_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE